**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
--------------------------------------------------------x
In re                                          :
                                               :          Chapter 13
                                               :
       Sevdije Zogaj,                          :
                                               :
                                               :          Case No.  25-14159 (AMC)
                              Debtor.          :
--------------------------------------------------------x
```

**THE CITY OF PHILADELPHIA'S
OBJECTION TO THE PROPOSED CHAPTER 13 PLAN**

TO THE HONORABLE ASHELY M. CHAN:

AND NOW, comes the City of Philadelphia, (the "City"), a creditor in the above-captioned case, by and through its Counsel, Pamela Elchert Thurmond, Senior Attorney, pursuant to Bankruptcy Code §§ 1308(a), 1322(a)(2), and L.B.R. 3015-4, to object to the proposed Chapter 13 Plan (the "Plan"), of the above-captioned debtor, (the "Debtor").  The City avers the following in support thereof:

1.      On October 14, 2025, the Debtor filed a voluntary petition for Chapter 13 bankruptcy with this Court.

2.      On April 7, 2026, the City filed a claim that included unliquidated, non-filed business tax returns for Use and Occupancy Landlord Tax for which the Debtor was obligated to file returns but has failed to do so.  A true and correct copy of the claim is attached hereto and marked as "**Exhibit A**."

3.      A portion of the unliquidated claim would be a priority claim pursuant to Section 507(a)(8) of the Bankruptcy Code.

4.      As neither the Debtor nor another party in interest has objected to the Claim, it is deemed allowed. See 11 U.S.C. § 502(a).

5.  As of April 21, 2026, the Debtor failed to file the following required tax returns with the City of Philadelphia:

> **Use and Occupancy Landlord Tax** for the periods: 01/31/2023, 02/28/2023, 03/31/2023, 04/30/2023, 05/31/2023, 06/30/2023, 07/31/2023, 08/31/2023, 09/30/2023, 10/31/2023, 11/30/2023, 12/31/2023, 01/31/2024, 02/28/2024, 03/31/2024, 04/30/2024, 05/31/2024, 06/30/2024, 07/31/2024, 08/31/2024, 09/30/2024, 10/31/2024, 11/30/2024, 12/31/2024, 01/31/2025, 02/28/2025, 03/31/2025, 04/30/2025, 05/31/2025, 06/30/2025, 07/31/2025, 08/31/2025, & 09/30/2024

6.  The Plan should not be confirmed as the Debtor has failed to file all tax returns for all taxable periods during the four (4) year period ending on the date the petition was filed. See 11 U.S.C. § 1308(a).

7.  A proposed plan must "provide for the full payment . . . of all claims entitled to priority" unless the claim holder agrees otherwise. See 11 U.S.C. § 1322(a)(2).

8.  The Plan should not be confirmed until all returns are filed and all the taxes that constitute priority tax claims under 11 U.S.C. § 507 are provided for in the plan. See 11 U.S.C. § 1322(a)(2).

WHEREFORE, the City respectfully requests that this Court DENY confirmation of the Plan.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: April 21, 2026          By:     */s/ Pamela Elchert Thurmond*
PAMELA ELCHERT THURMOND
Senior Attorney
PA Attorney I.D. 202054
Attorney for the City of Philadelphia
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA  19102-1595
215-686-0508 (phone)
Email: Pamela.Thurmond@phila.gov

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
------------------------------------------------------x
In re                                    :
                                         :            Chapter 13
                                         :
      Sevdije Zogaj,                      :
                                         :
                                         :            Case No.  25-14159 (AMC)
                             Debtor.      :
------------------------------------------------------x
```

**CERTIFICATE OF SERVICE**

I, Pamela Elchert Thurmond, Senior Attorney, for the City of Philadelphia in the above-captioned matter, hereby certify that on or before April 21, 2026, a copy of the Objection to the Proposed Chapter 13 Plan was served on the following parties by Court-generated ECF notice, and/or I served a copy by first class mail, postage prepaid, as indicated below, to the following addresses:

Via ECF Filing Notice:

Chapter 13 Trustee
Office of the Chapter 13 Standing Trustee
KENNETH E. WEST
190 N. Independence Mall West – Suite 701
Philadelphia, PA 19106

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street – Suite 320
Philadelphia, PA 19107

Debtor's Counsel of Record:
BRAD J. SADEK
Sadek Law Offices, LLC
1500 JFK Boulevard – Suite 220
Philadelphia, PA 19102

Via USPS Mail Delivery:
Sevdije Zogaj
1201 Pacific Avenue
Bristol, PA 19007

Respectfully submitted,

Date: April 21, 2026

By: */s/ Pamela Elchert Thurmond*
PAMELA ELCHERT THURMOND
Senior Attorney
PA Attorney I.D. 202054